No. 376. Procter *v.* Commissioner of Internal Revenue. October 23, 1944. Petition for writ of cer-

tiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Frederic W. Procter, pro se. Solicitor General Fahy,* Assistant Attorney General *Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Carlton Fox* for respondent.